**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6570**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONTE BERNARD BAKER, a/k/a Tay, a/k/a Donnie,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. James K. Bredar, Senior District Judge.  (1:11-cr-00426-JKB-1)

Submitted:  October 22, 2024                    Decided:  October 25, 2024

Before KING and WYNN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donte Bernard Baker, Appellant Pro Se.  Jonathan Scott Tsuei, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donte Bernard Baker appeals the district court's order denying his motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Baker,* No. 1:11-cr-00426-JKB-1 (D. Md. May 24, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*